UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

MICHAEL MINTZ and TONI MARIE MINTZ,

 individually and on behalf of others

similarly situated                                    Case No. 2:15-cv-07344

               Plaintiff,                        STIPULATION OF DISMISSAL

SYNCHRONY BANK,                            WITH PREJUDICE

               Defendant.

-------------------------------------------------X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs MICHAEL MINTZ and TONI MARIE MINTZ ("PlaintiffS") and Defendant SYNCHRONY BANK("Defendant") file this Stipulation of Dismissal with Prejudice on Account of Settlement (the "Stipulation") and would respectfully show the Court as follows:

1.    Because of disputes over liability and damages and because of the uncertainties of litigation, Plaintiff and Defendant have compromised and settled all claims and causes of action that were or could have been asserted by Plaintiffs against Defendant arising out of or in any way related to the matters raised in the action captioned *Michael Mintz and Toni Marie Mintz, individually and on behalf of others similarly situated v. Synchrony Bank* case no. 2:15-cv-07344(the "Suit") and Plaintiff no longer wishes to pursue this action.

2. Each party entered into the Settlement Agreement voluntarily and knowingly, and understands fully the meaning and effect of its executing said Agreement. The parties agree that the terms of the Settlement Agreement are just and fair.

3. Defendant has asserted no counterclaims against Plaintiff.

4. The parties agree that this action should be dismissed with prejudice and respectfully request the Court to enter an Order of Dismissal with Prejudice.

        Respectfully submitted,

        Edward B. Geller, Esq., P.C.

        By /s/Edward B. Geller(EG9763)

        15 Landing Way

        Bronx, New York 10464

        Tel:(914)473-6783

        Attorney for Plaintiff

Reed Smith LLP

By /s/Nana Japaridze, Esq.

599 Lexington Avenue

New York, NY 10022-7650

Tel: (212)521-5400

njaparidze@reedsmith.com

Attorney for Defendant